

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-17-00609-CV

Marta **ARREDONDO**,
Appellant

v.

**AEP TEXAS CENTRAL COMPANY**, T & D Solutions, LLC and Techserv Consulting and Training, LTD.,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 15-08-16922-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On October 19, 2017, the trial court clerk filed a notification of late record stating the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court